IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-rj-11

CHARLOTTE B. MILLINER,

      Plaintiff,

v.

THOMAS H. BOCK; and
MARY C. EVANS,

      Defendants.

---

**ORDER GRANTING
PLAINTIFF'S *EX PARTE* MOTION FOR ORDER AUTHORIZING
POST-JUDGMENT DEPOSITIONS**

---

THIS MATTER, having come before the Court on Plaintiff's *Ex Parte* Motion for Order Authorizing Post-Judgment Depositions ("Motion"), and the Court having reviewed the Motion and being fully advised in the premises,

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff may depose the following persons and entities identified in the Motion: Thomas H. Bock; Mary C. Evans; Mary Margaret Bock-Zarlengo; Lawrence E. Gustafson; B E Holdings, LLC; and Zora Properties, LLC.

DATED this _____ day of _____, 2020.

BY THE COURT:

_____
United States District Judge