IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-rj-11

CHARLOTTE B. MILLINER,

      Plaintiff,

v.

THOMAS H. BOCK; and
MARY C. EVANS,

      Defendants.

---

## CHARGING ORDERS

---

THIS MATTER, having come before the Court on Plaintiff's Motion for Entry of Charging Orders ("Motion"), and the Court having reviewed the Motion and being fully advised in the premises,

IT IS HEREBY ORDERED, pursuant to Colo. Rev. Stat. § 7-80-703, that:

1. The Motion is GRANTED.

2. Until Plaintiff's judgment in the above-captioned action is fully satisfied, the interest of Defendant Thomas H. Bock ("Mr. Bock") as a member of B E Holdings, LLC is and shall be subjected to a lien and charging order in favor and for the benefit of Plaintiff Charlotte B. Milliner ("Plaintiff").

3. Until Plaintiff's judgment in the above-captioned action is fully satisfied, the interests of Defendant Mary C. Evans ("Ms. Evans") as a member of B E Holdings, LLC and Zora Properties, LLC are and shall be subjected to liens and charging orders in favor and for the benefit of Plaintiff.

4. Until Plaintiff's judgment in the above-captioned action is fully satisfied, B E Holdings, LLC shall turn over to Plaintiff's counsel, for the benefit of Plaintiff, all distributions, dividends, and profits, however denominated, that either Mr. Bock or Ms. Evans is or becomes entitled to as an owner or member of B E Holdings, LLC.

5. Until Plaintiff's judgment in the above-captioned action is fully satisfied, Zora Properties, LLC shall turn over to Plaintiff's counsel, for the benefit of Plaintiff, all distributions, dividends, and profits, however denominated, that Ms. Evans is or becomes entitled to as an owner or member of Zora Properties, LLC.

6. All distributions, dividends, and profits, however denominated, turned over pursuant to these Charging Orders shall be sent to Plaintiff's counsel, Reynolds Gillette LLC, at 1735 N. Lafayette Street, Denver, CO 80218, or at such other address as Plaintiff or her counsel subsequently provide in writing.

7. Until Plaintiff's judgment in the above-captioned action is fully satisfied, B E Holdings, LLC and Zora Properties, LLC shall not make capital acquisitions of property of Mr. Bock or Ms. Evans, shall not loan money to nor pay any creditor of Mr. Bock or Ms. Evans, and shall not make a sale or modification of company interests unless approval of the Court or Plaintiff is first obtained.

8. Upon due application, any party may apply to this Court for a modification of this Order.

DATED this _____ day of _____, _____.

BY THE COURT:

_____
United States District Judge